IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,**

       **Plaintiff,**

v.                                                                        Civil Action No. 5:17-cv-131 (Stamp)

**LIVEFREE EMERGENCY RESPONSE, INC., d/b/a LIFE BEACON and MMHTC MEDWATCH LIMITED, d/b/a MEDWATCH USA,**

       **Defendants.**

## NOTICE OF SETTLEMENT

The parties, by their respective counsel, announce to the Court that they have reached a settlement of all claims. The parties will submit a proposed dismissal order within 30 days of the filing of this Notice of Settlement.

Dated this 7th day of November, 2017.

                                                       DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,

                                                     By Counsel

/s/Ryan McCune Donovan [w/permission]
John W. Barrett (WVSB #7289)
Jonathan R. Marshall (WVSB #10580)
Ryan McCune Donovan (WVSB #11660)
Bailey & Glasser LLP
209 Capitol Street
Charleston, West Virginia  25301
(304) 345-6555 – Telephone
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
rodonovan@baileyglasser.com

LIVEFREE EMERGENCY RESPONSE, INC., d/b/a LIFE BEACON,

By counsel

/s/Ashley Hardesty Odell_____
Ashley Hardesty Odell ([WVSB # 9380)
Robert J. Zak (WVSB #11726)
Bowles Rice LLP
7000 Hampton Center
Morgantown, West Virginia 26505
(304) 285-2500 – Telephone
ahardestyodell@bowlesrice.com
rzak@bowlesrice.com

HARMONIOUS ENTERPRISES INC. (incorrectly denominated as MMHTC MEDWATCH LIMITED, d/b/a MEDWATCH USA),

/s/Alonzo D. Washington [w/ permission]\_
Timothy L. Mayo (W. Va. Bar No. 5771)
Raymond L. Harrell, Jr. (W.Va. Bar No. 12995)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
Fax: (304) 345-0260
tmayo@flahertylegal.com
rharrell@flahertylegal.com

and

Alonzo D. Washington (W.Va. Bar No. 8019)
Flaherty Sensabaugh Bonasso PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
Telephone: (304) 598-0788
Fax: (304) 598-0790
awashington@flahertylegal.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,**

      **Plaintiff,**

**v.**             Civil Action No. 5:17-cv-131 (Stamp)

**LIVEFREE EMERGENCY RESPONSE, INC., d/b/a LIFE BEACON and MMHTC MEDWATCH LIMITED, d/b/a MEDWATCH USA,**

      **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel for Livefree Emergency Response, Inc., d/b/a Life Beacon, does hereby certify that the foregoing ***Notice of Settlement*** was electronically filed with the Clerk of the Court using the CM/ECF system, on this 7th day of November, 2017, which will send notice of the filing of this document to the following:

John W. Barrett, Esq.
Jonathan R. Marshall, Esq.
Ryan McCune Donovan, Esq.
Bailer & Glasser LLP
209 Capitol Street
Charleston, West Virginia  25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
rodonovan@baileyglasser.com
*Counsel for Plaintiff*

Timothy L. Mayo, Esq.
Raymond L. Harrell, Jr., Esq.
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P.O. Box 3843
Charleston, West Virginia  25338-3843
P:  304-345-0200
F:  304-345-0260
tmayo@flahertylegal.com
rharrell@flahertylegal.com
*Counsel for Defendant Harmonious Enterprises, Inc. (incorrectly denominated as MMHTC Medwatch Limited, d/b/a Medwatch USA)*

3

Alonza D. Washington, Esq.
Flaherty Sensabaugh Bonassa PLLC
48 Donley Street, Suite 501
Morgantown, West Virginia 26501
P: 304-598-0788
F: 304-598-0790
awashington@flahertylegal.com
*Counsel for Defendant Harmonious Enterprises, Inc. (incorrectly denominated as MMHTC Medwatch Limited, d/b/a Medwatch USA)*

        /s/Ashley Hardesty Odell
        Ashley Hardesty Odell (WVSB #9380)

4

9496100.1