## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,**

      **Plaintiff,**

v.    Civil Action No. 5:17-cv-131 (Stamp)

**LIVEFREE EMERGENCY RESPONSE, INC., d/b/a LIFE BEACON and MMHTC MEDWATCH LIMITED, d/b/a MEDWATCH USA,**

      **Defendants.**

## AGREED DISMISSAL ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their respective counsel, hereby stipulate and agree that any and all claims which were or could have been asserted herein by Plaintiff against Defendants are released and should be dismissed with prejudice, with each party to bear their own costs and expenses. It is so ORDERED.

The Court further ORDERS that this Order shall be served on all parties hereto, by electronic filing and notice through the Court's CM/ECF system.

ENTER:  __November 16, 2017_____

                     /s/ Frederick P. Stamp, Jr._____
                    THE HONORABLE FREDERICK P. STAMP, JR.

Approved for entry:

                                      DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,

                                      By Counsel

/s/John W. Barrett [w/ permission]
John W. Barrett (WVSB #7289)
Jonathan R. Marshall (WVSB #10580)
Ryan McCune Donovan (WVSB #11660)
Bailey & Glasser LLP
209 Capitol Street
Charleston, West Virginia  25301
(304) 345-6555 – Telephone
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
rodonovan@baileyglasser.com

                                      LIVEFREE EMERGENCY RESPONSE, INC., d/b/a LIFE BEACON,

                                      By counsel

/s/Ashley Hardesty Odell
Ashley Hardesty Odell ([WVSB # 9380)
Robert J. Zak (WVSB #11726)
Bowles Rice LLP
7000 Hampton Center
Morgantown, West Virginia 26505
(304) 285-2500 – Telephone
ahardestyodell@bowlesrice.com
rzak@bowlesrice.com

                                        HARMONIOUS ENTERPRISES INC. (incorrectly denominated as MMHTC MEDWATCH LIMITED, d/b/a MEDWATCH USA),

/s/Timothy L. May [w/ permission]_____
Timothy L. Mayo (W. Va. Bar No. 5771)
Raymond L. Harrell, Jr. (W.Va. Bar No. 12995)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
Fax: (304) 345-0260
tmayo@flahertylegal.com
rharrell@flahertylegal.com

and

Alonzo D. Washington (W.Va. Bar No. 8019)
Flaherty Sensabaugh Bonasso PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
Telephone: (304) 598-0788
Fax: (304) 598-0790
awashington@flahertylegal.com